607 JENKS (Admr.) vs. PROBATE JUDGE (St. Clair), No. 13457, 96 M., 122.

To compel appointment of commissioners on claims at the instance of an administrator, in a case where commissioners on claims had been appointed after the appointment of a special administrator, but before the appointment of a general administrator, who had allowed a claim which the administrator refused to pay.

Denied June 16, 1893, with costs to be paid from the estate, on the ground that all parties had waived any objection to the proceedings, and that the more appropriate remedy to test the validity of the action would have been by appeal. See 95 M., 48, 156.

608 PULLING vs. PROBATE JUDGE (Wayne), No. 13221½, 97 M., 605.

To compel respondent to issue a warrant appointing three disinterested persons and authorizing them to set off to relator her dower in certain parcels of land, sold by her husband on contract during his lifetime, and before his marriage to relator, and in other lands.

Order to show cause denied January 4, 1893.

Held, that relator's remedy is by appeal. See In Re, Estate of Pulling, 97 M., 375.